Stephen C. Ruehmann (167533)
**LAW OFFICES OF STEPHEN C. RUEHMANN**
770 L Street, Suite 950
Sacramento, CA 95814
Tel (916) 449-3939/Fax (916) 449-3929
ruehmannlaw@yahoo.com

Marc A. Fisher, Esq. (47794)
**LAW OFFICES OF MARC A. FISHER**
9580 Oak Avenue Parkway, #15
Folsom, CA 95630
Tel (916) 988-8001/Fax (916) 988-8002
mfisher@cosentinolaw.com

Attorneys for Plaintiffs
ANILECH SHARMA and
PARMA SHARMA

E-filing

RECEIVED
DEC 21 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANILECH SHARMA and PARMA SHARMA,<br><br>Plaintiffs,<br>vs.<br><br>PROVIDENT FUNDING ASSOCIATES, L.P.; a California limited partnership; PREFERRED MORTGAGE, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a California corporation; MAX DEFAULT SERVICES CORPORATION, a California corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: **C09-05968 VRW**<br><br>[proposed] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE PENDING PRELIMINARY INJUNCTION PLAINTIFFS COMPLAINT FOR:<br><br>DATE: December 21, 2009<br>TIME: TBA<br>DEPT: TBA<br>JUDGE: TBA |

ADR

On reading the complaint of Plaintiffs ANILECH SHARMA and PARMA SHARMA, memorandum of points and authorities in support of ex parte application for TRO/OSC and

supporting declarations, it appears to the satisfaction of the Court that this is a proper case for granting a temporary restraining order and an order to show cause pending preliminary injunction, and that unless the temporary restraining order prayed for be granted, great or irreparable injury will result to Plaintiffs before the matter can be heard on regular notice. Accordingly,

IT IS HEREBY ORDERED that Defendants PROVIDENT FUNDING ASSOCIATES, L.P.; a California limited partnership; PREFERRED MORTGAGE, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a California corporation; MAX DEFAULT SERVICES CORPORATION, a California corporation; and DOES 1-100, inclusive, and each of them, appear in Department _____ of this Court on _____, 2010, at _____ AM/PM, or as soon as thereafter as the matter may be heard, then and there to show cause, if any they have, why they and their agents, servants, employees, and representatives, and all persons acting in concert on participating with them, should not be enjoined or restrained during the pendency of this action from engaging in, committing, or performing, directly or indirectly, any and all of the following acts:

    a.    Selling, transferring, conveying, evicting or any other conduct adverse to Plaintiffs regarding the real property located at 22169 Betlen Way, Castro Valley, California 94546.

IT IS FURTHER ORDERED that, pending the hearing and determination of the order to show cause the above named defendants, and each of them, and their officers, agents, employees, representatives and all persons acting in concert or participating with them, are restrained and enjoined from engaging in or performing directly or indirectly, any and all of the following acts:

    a.  Selling, transferring, conveying, evicting or any other conduct adverse to plaintiff regarding the real property located at 22169 Betlen Way, Castro Valley, California 945461.

IT IS FURTHER ORDERED that:

a. Plaintiff shall serve this order to show cause on defendants in the following manner:

_____

b. Proof of service must be delivered to the court hearing the OSC on :

_____

c. The parties shall adhere to the following briefing schedule:

| | | |
|---|---|---|
| Plaintiff: | _____ | ____, 2009 |
| Defendants: | _____ | ____, 2010 |
| Reply: | _____ | ____, 2010 |
| The temporary order shall expire on: | | _____, 2010 |

IT IS FURTHER ORDERED that copies of the complaint, ex parte application, declarations, memorandum of points and authorities and this order to show cause and temporary restraining order be served on defendants no later than _____, 2009.

If bond on this temporary restraining order is required it shall be a nominal sum in the amount of $_____.

Affected parties may apply to this Court for modification or dissolution of this Order on 2 days' notice or on such shorter notice as the Court may allow. See Local Rule 65-231 and FRCP 65(b).


Dated: December r___, 2009          Time of Issuance _____ AM/PM


                                          _____
                                          DISTRICT COURT JUDGE