1  Stephen C. Ruehmann (167533)
   LAW OFFICES OF STEPHEN C. RUEHMANN
2  770 L Street, Suite 950
   Sacramento, Ca. 95814
3  (916) 449-3939

4
   LAW OFFICES OF MARC A. FISHER
5  Marc A. Fisher, Esq. (47794)
   9580 Oak Avenue Parkway, #15
6  Folsom, CA 95630
   (916) 988-8001
7

8  Attorneys for Plaintiffs
9  ANILECH SHARMA AND PARMA SHARMA

10
                   UNITES STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13
   ANILECH SHARMA AND PARMA        )   Case No.:  3:09-CV-05968
14 SHARMA,                         )
                                   )   STIPULATION and ORDER
15           Plaintiffs,           )
                                   )
16                                 )
   vs.                             )
17                                 )   Chief Hon. Vaughn R. Walker
   PROVIDENT FUNDING ASSOCIATES,   )
18 L.P., a California limited partnership; )
   PREFERRED MORTGAGE;             )   ACTION FILED: December 21, 2009
19 MORTGAGE ELECTRONIC             )
   REGISTRATION SYSTEMS, INC., a   )
20 Delaware corporation; MAX DEFAULT )
   SERVICES CORPORATION, a California )
21 corporation; and DOES 1 to 100, inclusive, )
22                                 )
                                   )
23           Defendants.           )
24                                 )
                                   )
25                                 )
                                   )
26                                 )
                                   )
27                                 )
                                   )
28                                 )
                                   )

The undersigned Plaintiffs and Defendants hereby request and stipulate to continue and reset the Case Management Conference, currently set for April 1, 2010 to a date to be determined by the Court.

STIPULATED AND AGREED:

Dated: March 26, 2010

Stephen C. Ruehmann
Attorney for Plaintiffs

Dated: March 26, 2010

Darren J. Devlin
Attorney for Defendants Provident Funding Associates, L.P.; Mortgage Electronic Registration Systems, Inc.; Max Default Services Corp.

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for April 1, 2010 is vacated and reset to ___May 13___, 2010.   at 3:30pm. The parties are directed to file a joint case management statement no later than May 6, 2010.

IT IS SO ORDERED.

IT IS SO ORDERED

Judge Vaughn R Walker
Walker

- 2 -
STIPULATION