1  Stephen C. Ruehmann (167533)
   LAW OFFICES OF STEPHEN C. RUEHMANN
2  770 L Street, Suite 950
   Sacramento, Ca. 95814
3  (916) 449-3939

4
   LAW OFFICES OF MARC A. FISHER
5  Marc A. Fisher, Esq. (47794)
   9580 Oak Avenue Parkway, #15
6  Folsom, CA 95630
   (916) 988-8001
7

8  Attorneys for Plaintiffs
9  ANILECH SHARMA AND PARMA SHARMA

10
                    UNITES STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13
   ANILECH SHARMA AND PARMA      )   Case No.: 3:09-CV-05968
14 SHARMA,                       )
                                 )   STIPULATION and ORDER
15           Plaintiffs,         )
                                 )
16 vs.                           )
                                 )
17                               )   Chief Hon. Vaughn R. Walker
   PROVIDENT FUNDING ASSOCIATES, )
18 L.P., a California limited partnership; )
   PREFERRED MORTGAGE;           )   ACTION FILED: December 21, 2009
19 MORTGAGE ELECTRONIC           )
   REGISTRATION SYSTEMS, INC., a )
20 Delaware corporation; MAX DEFAULT )
   SERVICES CORPORATION, a California )
21 corporation; and DOES 1 to 100, inclusive, )
22                               )
                                 )
23         Defendants.            )
                                 )
24                               )
                                 )
25                               )
                                 )
26                               )
                                 )
27                               )
                                 )
28                               )

                              - 1 -
                           STIPULATION

1 | The undersigned Plaintiffs and Defendants hereby request and stipulate to continue and reset the
2 | Case Management Conference, currently set for July 6, 2010 at 11:00 A.M. to August 26, 2010
3 | at 3:30 P.M. Plaintiffs counsel has another case that has the same hearing

STIPULATED AND AGREED:

Dated: June 29, 2010                     /S/ Stephen C. Ruehmann

                                          Stephen C. Ruehmann
                                          Attorney for Plaintiffs

Dated: June 29, 2010                     Darren J. Devlin
                                          Attorney for Defendants

                                          Provident Funding Associates, L.P.; Mortgage
                                          Electronic Registration Systems, Inc.; Max
                                          Default Services Corp.

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for July 6, 2010 is vacated and reset to August 26, 2010 at 3:30 P.M.

IT IS SO ORDERED.

Judge Vaughn R Walker

- 2 -
STIPULATION