1  Stephen C. Ruehmann (167533)
   RUEHMANN LAW FIRM, P.C.
2  9580 Oak Avenue Parkway, #15
   Folsom, CA 95630
3  (916) 988-8001
4
5  Attorneys for Plaintiffs
   ANILECH SHARMA AND PARMA SHARMA
6
7

## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANILECH SHARMA AND PARMA SHARMA, | Case No.: 3:09-CV-05968 |
| Plaintiffs, | **STIPULATION and ORDER** |
| vs. | |
| PROVIDENT FUNDING ASSOCIATES, L.P., a California limited partnership; PREFERRED MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; MAX DEFAULT SERVICES CORPORATION, a California corporation; and DOES 1 to 100, inclusive, | Chief Hon. Vaughn R. Walker<br><br>ACTION FILED: December 21, 2009 |
| Defendants. | |

27  ///
28  ///

- 1 -
STIPULATION

1  The undersigned Plaintiffs and Defendants hereby request and stipulate to continue and reset the
2  Case Management Conference, currently set for October 7, 2010 at 3:30 P.M., to a date after
3  Defendant's Motion to Dismiss (when filed) will be heard.

5  STIPULATED AND AGREED:

7  Dated: October 5, 2010

   Stephen C. Ruehmann
   Attorney for Plaintiffs

14 Dated: October 5, 2010

   Darren J. Devlin
   Attorney for Defendants Provident Funding
   Associates, L.P.; Mortgage Electronic
   Registration Systems, Inc.; Max Default
   Services Corp.

20 **ORDER**

       IT IS HEREBY ORDERED that the Case Management Conference set for October 7,
2010, is vacated.

       IT IS SO ORDERED.

   *[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
   Judge Vaughn R Walker