IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANILECH SHARMA and PARMA SHARMA,<br><br>  Plaintiffs,<br><br>  v<br><br>PROVIDENT FUNDING ASSOCIATES, LP, a California limited partnership; PREFERRED MORTGAGE, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a California corporation; MAX DEFAULT SERVICES CORPORATION, a California corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants.<br>_____/ | No   C 09-5968 VRW<br><br>ORDER |

On January 12, 2011, the court granted defendant's motion to dismiss and directed plaintiffs to file an amended complaint on or before February 18, 2011.  Doc #34.  Because the undersigned will be unavailable for any further proceedings after February 28, 2011, the interests of efficiency require that this case be reassigned forthwith.  The clerk is directed to reassign the case.

        IT IS SO ORDERED.

                              _____
                              VAUGHN R WALKER
                              United States District Judge