*E-Filed 10/27/11 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANILECH SHARMA, | No. C 09-05968 RS |
| Plaintiff, | **ORDER** |
| v. | |
| PROVIDENT FUNDING ASSOCIATES, L.P., et al., | |
| Defendants. | |

Based on the consent of all parties involved, the above-captioned matter shall be hereby reassigned to a United States Magistrate Judge for all further proceedings. Upon reassignment, the pending motion for summary judgment shall be re-noticed.

IT IS SO ORDERED.

Dated: 10/27/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE