*E-Filed 10/28/11 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANILECH SHARMA,                                              No. C 09-05968 RS

        Plaintiff,                                                 **AMENDED ORDER**

  v.

PROVIDENT FUNDING ASSOCIATES, L.P., et al.,

        Defendants.
_____/

Based on the consent of all parties involved, the above-captioned matter shall be hereby reassigned to a United States Magistrate Judge for all further proceedings.[1]

IT IS SO ORDERED.

Dated: 10/28/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

[1] The previous order of October 27, 2011 is amended to omit a sentence concerning a dispositive motion since no such motion is pending.

No. C 09-05968 RS
ORDER