UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANILECH SHARMA, et al., | Case No. C 09-5968 NJV |
| Plaintiff, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN REASSIGNED CASE** |
| .PROVIDENT FUNDING ASSOC., L.P., et al., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Nandor J. Vadas, for trial and all further proceedings,

IT IS HEREBY ORDERED that, pursuant to Federal Rules of Civil Procedure 16 and Civil Local Rules 16-10, a Case Management Conference will be held in this case before the Honorable Nandor J. Vadas on **November 22, 2011 at 2:00 p.m.**, in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, California. The parties are directed to confer in advance of the case management conference to discuss the case including disclosure of relevant information and any possibilities for settlement. **Parties wishing to appear by telephone are directed to contact Judge Vadas' courtroom deputy at 707-445-3612 to make arrangements and receive instructions.**

1. Plaintiff(s) shall serve copies of this Order, Judge Vadas' Standing Order and the Court's Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement on all parties to this action, and on any parties subsequently joined, in

accordance with the provisions of Fed. R. Civ. P. 4 and 5.  Following service, Plaintiff(s) shall file a certificate of service with the Clerk of Court.

    2.    Lead trial counsel who will try this case are directed to confer in advance of the Case Management Conference with respect to the subjects detailed in Fed. R. Civ. P. 16(c), 26(f), and all of the items referenced in the Court's Standing Order re:  Contents of Joint Case Management Statement.  Not less than seven (7) days before the conference, counsel shall file a Joint Case Management Conference Statement in compliance with Local Rule 16 and the Court's Standing Order.  All documents filed with the Clerk of Court shall list the civil case number followed only by the initials **"NJV."**  One copy shall be clearly marked as **"NJV Chambers' Copy."**  Failure to file a Joint Case Management Conference Statement, without good cause, may subject a party to sanctions.

    3.    Each party shall be represented at the Case Management Conference by lead trial counsel (or a party if *in pro se*) prepared to address all of the matters referred to in the Court's Standing Order, and with authority to enter stipulations and make admissions pursuant to this Order.

    4.    Any request to reschedule the above dates should be made in writing, and by stipulation, if possible, not less than ten (10) days before the conference date.  Good cause must be shown.

    5.    **In all "E-Filing" cases, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers (including all exhibits) by the close of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be delivered to Magistrate Judge Vadas' chambers at 514 H Street, 2nd Floor, Eureka, CA 95501 or be mailed to Magistrate Judge Vadas at P.O. Box 1306, Eureka, California 95502.  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.  A proposed order in an E-Filing case must be emailed to njvpo@cand.uscourts.gov as a Word Processing format attachment on the same day that it is E-Filed.**

6.   Each attorney of record in all "E-Filing" cases is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF. Registration shall be on a form prescribed by the Clerk. Attorneys of record who fail to register timely shall be subject to such sanctions as may be imposed by the Court.

7.   Failure to comply with this Order, or provisions of the Fed. R. Civ. P. 16 and 26(f) or the provisions of Civil L. R. 16-10 may be grounds for sanctions. (See Fed. R. Civ. P. 16(f)).

IT IS SO ORDERED.

Dated: November 8, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge