Stephen C. Ruehmann, Esq. (167533)
steve@ruehmannlawfirm.com
Robin D. Shofner, Esq. (272552)
robin@ruehmannlawfirm.com
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiffs,
ANILECH SHARMA and
PARMA SHARMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANILECH SHARMA AND PARMA SHARMA,<br><br>            Plaintiffs,<br>vs.<br><br>PROVIDENT FUNDING ASSOCIATES, L.P., a California limited partnership; PREFERRED MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; MAX DEFAULT SERVICES CORPORATION, a California corporation and DOES 1-100, inclusive,<br><br>            Defendants. | Case No.: CV09-05968 PJX<br><br>**REQUEST FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to **FRCP 41(a),** Plaintiffs ANILECH SHARMA AND PARMA SHARMA, voluntarily dismiss the above-captioned action with prejudice.

Dated: January 28, 2013                            **REUHMANN LAW FIRM, P.C.**

                                                                   /s/ Robin D. Shofner
                                                                   Robin D. Shofner
                                                                   Attorney for Plaintiffs ANILECH
                                                                   SHARMA AND PARMA SHARMA

1  [~~PROPOSED~~] ORDER

2  **IT IS SO ORDERED**.  ORDER GRANTING DISMISSAL

4  Dated: February 6, 2013



_____
Magistrate Judge

Judge Nandor J. Vadas